MN 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL-875

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Carlton T. Matthews,

Plaintiff,

vs.

Soo Line Railroad Company,

Defendant.

CIVIL ACTION NO. CV 01-202 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

RECEIVED
BY MAIL
JUL 01 2005
CLERK, US DIST. COURT
ST. PAUL, MN

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that the claims of plaintiff may be, and hereby are dismissed with prejudice and without costs or disbursements to any party; and any party hereto may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: May 26, 2005.

SIEBEN, POLK, LAVERDIERE, & DUSICH, P.A.

By [signature]
Michael S. Polk, #87397
*Attorneys for Plaintiff*
999 Westview Drive
Hastings, MN 55033
(651) 437-3148

SCANNED
JUL 01 2005
U.S. DISTRICT COURT ST. PAUL

*In Association With:*

Willard J. Moody, Jr., Esq.
Moody, Strople, Kloeppel, Basilone
and Higginbotham, Inc.
Suite 300, 500 Crawford Street
P.O. Box 1138
Portsmouth, VA 23705
(757) 393-6020
(800) 793-4816

H. Seward Lawlor, Esq.
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510

*Attorneys for Plaintiffs*

Dated: 5/23, 2005.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiffs against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 6/6/2005

BY THE COURT

CHARLES R. WEINER
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

s:\matthews, carlton\pldgs\stip dis.doc

CLERK.

PHILADELPHIA, PA 19106-1797

OFFICIAL BUSINESS

MAILER $0.60
JUN 28 2005
US POSTAGE
FIRST CLASS
MAILED FROM 19106
011A0413002074

RECEIVED
BY MAIL
JUL 01 2005
CLERK, US DIST. COURT
ST. PAUL, MN

U.S. DISTRICT COURT MN(3)
DISTRICT OF MINNESOTA
RICHARD D. SLETTEN, CLERK
700 FEDERAL BUILDING.
316 NORTH ROBERT STREET
ST. PAUL, MN 55101