UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215)597-7704

RECEIVED
BY MAIL
JUL 01 2005
CLERK, US DIST. COURT
ST. PAUL, MN

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigations. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267)299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Sharon Carter
MDL Coordinator

enclosure:

SCANNED
JUL 01 2005
U.S. DISTRICT COURT ST. PAUL

CLERK,

PHILADELPHIA, PA 19106-1797

OFFICIAL BUSINESS

HASLER $0.60
JUN 28 2005
US POSTAGE
FIRST CLASS
MAILED FROM 19106
011A0413002074

RECEIVED
BY MAIL
JUL 01 2005
CLERK, US DIST. COUR
ST. PAUL, MN

U.S. DISTRICT COURT MN(3)
DISTRICT OF MINNESOTA
RICHARD D. SLETTEN, CLERK
700 FEDERAL BUILDING.
316 NORTH ROBERT STREET
ST. PAUL, MN 55101